Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Maria E Gonzalez | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 23-cv-424 |
| v. | |
| Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Commissioner's Motion for Judgment on the Pleadings (ECF No. 16) is GRANTED, and Plaintiff's Motion for Judgment on the Pleadings (ECF No. 9) is DENIED. The complaint is DISMISSED WITH PREJUDICE

| | |
|---|---|
| Date: May 7, 2024 | MARY C. LOEWENGUTH |
| | CLERK OF COURT |
| | |
| | By: <u>s/ Donna</u> |
| | Deputy Clerk |